**Albert E. Gill, Appellant, v. Paul Lewin and Alphonse Boone, Defendants Below. Paul Lewin, Appellee.**

**Gen. No. 42,546.**

Heard in the second division, first district, this court at the February term, 1943; opinion filed February 10, 1944. Charles C. & Richard M. Spencer, for appellant; no appearance for appellee. Opinion by JUSTICE SULLIVAN. Not to be published in full.